AUSA Eric Doeh
Special Agent Justin Holton

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
LEO EARL SHARP

Case: 2:11-mj-30559
Judge: Unassigned,
Filed: 10-23-2011 At 09:10 AM
LEO EARL SHARP (LCB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 21, 2011__ in the county of __Washtenaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sections 841, 846 | Conspiracy to possess with intent to distribute and to distribute a controlled substance, namely cocaine. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Speical Agent Justin Holton, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/23/11

_____
Judge's signature

City and state: Detroit, MI

Hon. Mona K. Majzoub, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

Affiant, Special Agent Justin Holton, being duly sworn, deposes and states the following:

1. Affiant is a Special Agent (SA) of the Drug Enforcement Administration and was employed with DEA-Detroit from January of 2004 thru September of 2008. I resumed my employment with DEA in January of 2011 and is a law enforcement officer empowered to conduct investigations and make arrests for Violations of Title 21, United States Code.

2. On October 21, 2011, State of Michigan Trooper Craig Ziecina contacted agents regarding a traffic stop of Leo Earl SHARP. At approximately 5:25 p.m., Trooper Ziecina initiated a traffic stop of SHARP near mile marker 160 for following too close and improper lane use, on the eastbound side of Interstate 94. Trooper Ziecina requested consent from SHARP to search his vehicle. SHARP denied this request. Trooper Ziecina then requested the assistance of K-9 Trooper Matt Unterbrink and his K-9 Apollo. Trooper Unterbrink responded to the traffic stop and indicated that K-9 Apollo had positively alerted at the rear of the vehicle for the presence of narcotics. A subsequent search of the bed of the pick-up revealed four black bags containing twenty-five (25) brick shaped objects each and a small grey and blue bag containing four (4) brick shaped objects. In total, there were one hundred and four (104) brick objects. Trooper Ziecina placed SHARP under arrest and transported him to Sylvan Detachment of the Michigan State Police in Washtenaw County

3. The one hundred and four (104) brick shaped objects were transported to the DEA Detroit Field Division and were field tested by agents. The brick shaped objects tested positive for the presence of cocaine.

4. SHARP was transported to the DEA Detroit Field Division and processed. At approximately 9:00 p.m., SHARP was transported to the City of Hamtramck Police Department and detained until his arraignment.

5. Based on the aforementioned facts, your affiant maintains that probable cause exists to believe that Leo Earl SHARP conspired with others to knowingly and intentionally possess with intent to distribute a controlled substance, namely cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

I declare under penalty of perjury the foregoing to be true and correct to the best of my knowledge and belief.

S/A Justin Holton
Drug Enforcement Administration

Sworn to and subscribed before me this __23rd__ day of October, 2011.

Honorable Mona Majoub
United States Magistrate Judge
Eastern District of Michigan