

AO 91 (Rev. 08/09)  Criminal Complaint

AUSA  Eric Doeh
Special Agent  Jeremy C. Fitch, DEA



# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
DAVID FELIX JURADO

Case:2:12-mj-30068
Judge: Unassigned,
Filed: 01-25-2012 At 10:46 AM
CMP: Sealed Matter (jj)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 2011_____ in the county of __Wayne and Elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sections 841(a)(1), 846 | Conspiracy to possess with intent to distribute and to distribute a controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Jeremy C. Fitch, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: 1/25/12

_____
Judge's signature

City and state: Detroit, MI

Hon. R. Steven Whalen, United States Magistrate Judge
LAURIE J. MICHELSON
Printed name and title

# AFFIDAVIT

Affiant, Special Agent Jeremy Fitch, being duly sworn, deposes and states the following:

1. Affiant is a Special Agent (SA) of the Drug Enforcement Administration and has been employed with DEA-Detroit since March 2010. Affiant is a law enforcement officer empowered to conduct investigations and make arrests for Violations of Title 21, United States Code.

2. On August 28, 2011, a confidential informant (hereinafter referred to as DEA-1) stated that Armando DIAS-LUCERO and Jose LUCERO-BUSTAMANTE sent seventy-five (75) kilograms of cocaine to Theodore CZACH at a warehouse utilized by CZACH, located at 210 Clark Street, Suite #5 in Wyandotte, Michigan. DEA-1 stated fifty (50) kilograms of cocaine belonged to DIAS-LUCERO and the other twenty-five (25) kilograms of cocaine belonged to LUCERO-BUSTAMANTE. The DEA-1 stated that an individual known only as VIEJO typically purchases the cocaine from LUCERO-BUSTAMANTE and DIAS-LUCERO and coordinates the shipment of the cocaine to CZACH for further distribution. DEA-1 stated that these seventy-five (75) kilograms were not purchased by VIEJO and were sent without his direct involvement for distribution by CZACH.

3. DEA-1 further stated that the seventy-five (75) kilograms of cocaine arrived in a silver 2009 Chevrolet Cobalt with a California license plate 6PSW598 (VIN :1G1AT58H297283436; registered to Johanna Nicole BAILEY at 15043 Oro Grande St, Sylmar, California) and driven by a white male. The white male arrived at CZACH'S warehouse between 9:00 and 9:20 a.m. on August 28, 2011. DEA-1 gave a detailed description of the driver, to include large hoop earrings that the driver wore. DEA-1 stated the white male has driven cocaine for the DTO on prior occasions and has transported as many as one hundred (100) kilograms of cocaine at one time. A California driver's license photograph of the Cobalt's registered owner's spouse, Mark George BAILEY, was obtained and DEA-1 positively identified Mark BAILEY as the driver and drug courier for the DIAS-LUCERO and LUCERO-BUSTAMANTE DTO. As a result of the identification of BAILEY, Agents obtained a cellular telephone number utilized by BAILEY and obtained a search warrant in order to receive longitude and latitude coordinates for the phone. On September 11, 2011, DEA conducted a traffic stop of BAILEY and a subsequent search of the vehicle being operated by BAILEY resulted in the seizure of approximately 100 kilograms of cocaine destined for Michigan.

4. DEA-1 stated that BAILEY gave the seventy-five (75) kilograms of cocaine to CZACH. CZACH then transported the cocaine to a second building located at 4644 Biddle Avenue in Wyandotte, Michigan. CZACH separated the cocaine into

two quantities that would later be distributed to **David Felix JURADO** (40 kilograms) and Antonio Maurice SIMMONS (35 kilograms) as discussed further.

5. DEA-1 said that CZACH transported all seventy-five (75) kilograms of cocaine to **JURADO'S** business (**JURADO** AUTO SERVICE) located at 1650 Waterman Street in Detroit, Michigan. DEA-1 was present at JURADO AUTO SERVICE when CZACH brought the cocaine to the business. **JURADO** was given forty (40) kilograms of cocaine at this location from CZACH. The remaining cocaine was picked up by the juvenile son of SIMMONS (known to transport cocaine and drug proceeds for SIMMONS) who arrived at **JURADO** AUTO SERVICE in a gray Toyota Corolla. The juvenile left the business in the Corolla with the thirty-five (35) kilograms of cocaine.

6. DEA-1 has cooperated in this investigation and has proven credible and reliable. To date, as a result of DEA-1's cooperation, DEA has seized approximately $1,956,420.00 in drug proceeds, (United States Currency) and approximately 204 kilograms of cocaine from the DIAS-LUCERO and LUCERO-BUSTAMANTE DTO.

7. Based on the aforementioned facts, your affiant maintains that probable cause exists to believe that **David Felix JURADO** conspired with others to knowingly and intentionally possess with intent to distribute a controlled substance, namely cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

I declare under penalty of perjury the foregoing to be true and correct to the best of my knowledge and belief.

S/A Jeremy Fitch
Drug Enforcement Administration

Sworn to and subscribed before me this
25th day of January, 2012.

Honorable R. Steven Whalen  LAURIE J. MICHELSON
United States Magistrate Judge
Eastern District of Michigan

2