UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,    Case No. 11-CR-20699-13

v.    HON. Nancy G. Edmunds

DAVID FELIX JURADO,

    Defendant.

---

**INDEX OF EHIBITS**

EXHIBIT 1    -    United States v. Abram, 440 F. Appx. 470 (6th Cir. 2011)