UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No.  11-20699

vs.                                                   HON. NANCY G. EDMUNDS

**DAVID FELIX JURADO, D-13**

    Defendant.
_____/

STIPULATED ORDER AMENDING CONDITIONS OF BOND
AS TO DEFENDANT, DAVID FELIX JURADO D-13

Upon the reading and filing of the above Stipulation, and the Court be fully advised in the premises;

IT IS HEREBY ORDERED that Mr. Jurado will be allowed to travel to Traverse City, Michigan from Monday, June 16, 2014 through Sunday, June 22, 2014, without his previously installed electronic monitoring device, subject to the following conditions:

1. Prior written notice of the itinerary to Pretrial Services for the event with dates, times and location.

2. Daily communication with Pretrial Services Officer, Mr. Homero Hinojosa, while in Traverse City, Michigan.

3. Tether to be reinstalled promptly upon return to Detroit from Traverse City.

IT IS FURTHER ORDERED that all other conditions of defendant's bond will remain in full force and effect.

s/ Nancy G. Edmunds<br>U.S. District Judge

Approved for Filing

/s/ Christopher Graveline w/consent
Christopher Graveline P69515
Assistant U.S. Attorney

/s/ James C. Thomas
James C. Thomas P23801
Attorney for Defendant