UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Jose Lucero Bustamante,

    Defendant.
_____/

Criminal No. 11-cr-20699

Honorable Nancy G. Edmunds

## MOTION AND BRIEF TO DISMISS INDICTMENT and ARREST WARRANT

The United States of America moves this Court for leave to dismiss the Indictment and Arrest Warrant against Jose Lucero Bustamante in the above-entitled case for the reason that the ends of justice would best be served by this dismissal.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

*s/Julie A. Beck*
Julie A. Beck [P53291]
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Julie.Beck@usdoj.gov
(313) 226-9717
Dated:  June 26, 2019

*s/With Consent of Matthew Schneider*
Matthew Schneider
United States Attorney