UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Armando Dias Lucero,

    Defendant.

_____/

Criminal No. 11-cr-20699

Honorable Nancy G. Edmunds

**MOTION AND BRIEF TO DISMISS SUPERSEDING AND SECOND SUPERSEDING INDICTMENT AND ARREST WARRANT**

The United States of America moves this Court for leave to dismiss the Superseding Indictment (ECF No. 15), Second Superseding Indictment (ECF No. 121) and Arrest Warrant against Armando Dias Lucero in the above-entitled case for the reason that the ends of justice would best be served by this dismissal.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

*s/Julie A. Beck*
Julie A. Beck [P53291]
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Julie.Beck@usdoj.gov
(313) 226-9717
Dated:  July 11, 2019

*s/With Consent of Matthew Schneider*
Matthew Schneider
United States Attorney