UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

v.  Case No. 11-cr-20699-13
HON. NANCY G. EDMUNDS

DAVID FELIX JURADO
Defendant.

**DEFENDANT DAVID FELIX JURADO'S MOTION TO TERMINATE SUPERVISED RELEASE**

NOW COMES Defendant, DAVID FELIX JURADO, by and through his attorney, Doraid B. Elder, and in support of his Motion to Terminate Supervised Release, states as follows:

1. On June 3, 2014 Defendant was sentenced by this Honorable Court to 90 months imprisonment followed by a term of supervised release for 36 months.

2. Defendant was released from custody on October 5, 2018.

3. Defendant began his term of supervised release on or about October 8, 2018.

4. While in residential re-entry Defendant was employed by a flooring company.

5. Since leaving residential re-entry, and with the knowledge of his probation officer, Defendant returned to operating his business that he has owned since 2010.

6. Defendant resides with his wife and three children, ages 11, 7 and 6 weeks.

7. Defendant has had no contact with the police (aside from a minor traffic violation) or criminal justice system since his release from custody.

8. Defendant's probation officer has no objection to Defendant's term of supervised release being terminated early.

1

9. The Government has no objection to Defendant's term of supervised release being terminated early.

10. 18 U.S.C. § 3583(e)(1) gives the Court the authority to terminate Defendant's term of supervised release and discharge the Defendant released, after considering the following factors in 18 U.S.C. § 3553:

    (1) the nature and circumstances of the offense and the history and characteristics of the defendant;
    (2) the need for the sentence imposed
        (B) to afford adequate deterrence to criminal conduct;
        (C) to protect the public from further crimes of the defendant; and
        (D) to provide the defendant with needed education or vocational training, medical care, or other correctional treatment.
    (4) the kinds of sentence and the sentencing range;
    (5) any pertinent policy statement;
    (6) the need to avoid unwarranted sentencing disparities among defendants;
    (7) the need to provide restitution to any victims of the offense.

11. Mr. Jurdao was defendant #13 of 19 involved in a drug conspiracy. He has completed his sentence of incarceration and halfway house. Mr. Jurado is gainfully employed and contributing to society. He is working incredibly hard to support his wife and small children. 18 U.S.C. § 3553(1)

12. Mr. Jurado has learned his lesson from his involvement in this case. We are confident that he is not the same man who stood before this Court years ago. He has learned the error of his ways and is no threat to the public. 18 U.S.C. § 3553(2)

13. Mr. Jurado was sentenced to 90 months incarceration, which he successfully served. 18 U.S.C. § 3553(4)

14. There does not appear to be any pertinent policy statement. 18 U.S.C. § 3553(5)

15. Upon information and belief, most if not all of Mr. Jurado's co-defendants have been released from incarceration and possibly supervision. 18 U.S.C. § 3553(6)

16. All of Mr. Jurado's financial obligations have been met. 18 U.S.C. § 3553(7)

17. Mr. Jurado has completed, and provided proof thereof, of all requirements imposed on him during his term of supervision.

18. An application of those factors warrants the termination of Defendant's supervised release.

WHEREFORE, Defendant, DAVID FELIZ JURADO, respectfully requests that this Court terminate his term of supervised release.

Dated: October 23, 2020                              Respectfully submitted,

                                                                                               DORAID B. ELDER, P.C.

                                                                                               */s/ Doraid B. Elder*

                                                                                               By: Doraid B. Elder (P57728)
                                                                                               Attorney for Defendant Jurado
                                                                                               1360 Porter Street, Suite 200
                                                                                               Dearborn, MI 48124
                                                                                               (313) 582-5800
                                                                                               Email: doraidelderpc@gmail.com

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

**UNITED STATES OF AMERICA,**

**v.**                                                                 Case No. 11-cr-20699-13
                                                                       HON. NANCY G. EDMUNDS

**DAVID FELIX JURADO**
**Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2020 I electronically filed Defendant's Motion to Terminate Supervised Release with the Clerk of the Court using the ECF system which will send notification of such filing to all parties listed on the Electronic Mail Notice List.

Dated: October 23, 2020                                     Respectfully submitted,

                                                            DORAID B. ELDER, P.C.

                                                            */s/ Doraid B. Elder*

                                                            By: Doraid B. Elder (P57728)
                                                            Attorney for Defendant Jurado
                                                            1360 Porter Street, Suite 200
                                                            Dearborn, MI 48124
                                                            (313) 582-5800
                                                            Email: doraidelderpc@gmail.com