PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

### EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.                                            Crim. No.   11-CR-20699-13

JURADO, David Felix

On 10/05/2018 the above named was placed on supervised release for a period of  three years.  The supervised releasee has complied with the rules and regulations of supervised release  and is no longer in need of supervision.  It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

s/Mary Whitt
United States Probation Officer Assistant

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this       27th      day of                October                2020      .

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge